FILED
2019 Nov-07  PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SENTRY, A MUTUAL COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO.: 2:19-cv-435-GMB** |
| | § | |
| **APEX ROOFING &** | § | |
| **RESTORATION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Sentry Insurance, A Mutual Company, and, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, gives notice of dismissal of all claims asserted in this action against Defendant Apex Roofing & Restoration, LLC, with prejudice, costs taxed as paid.

/s/ Seth T. Hunter
Brenen G. Ely (ASB-0366-E54B)
Seth T. Hunter (ASB-8506-S76H)
Attorneys for Sentry Insurance, A Mutual Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
2100-B SouthBridge Parkway, Suite 380
Birmingham, Alabama 35209
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
shunter@elylawllc.com

## **<u>CERTIFICATE OF SERVICE</u>**

       I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via CM/ECF electronic filing system and/or U.S. Mail on this the 7th day of November, 2019.

Apex Roofing & Restoration, LLC
c/o Grant Rockett
993 Yeager Parkway
Pelham, Alabama 35214

/s/ Seth T. Hunter

**OF COUNSEL**
