UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SENTRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:19-cv-435-GMB |
| APEX ROOFING & RESTORATION, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the court is Plaintiff's Notice of Voluntary Dismissal requesting a dismissal of this action with prejudice. Doc. 13. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss a case without court order by filing a notice of dismissal before an opposing party responds to the complaint. Here, Plaintiff has not served Defendant with process and Defendant has not responded to the complaint. Plaintiff's Stipulation of Dismissal (Doc. 13) therefore complies with Rule 41(a)(1)(A)(i). Accordingly, it is ORDERED that this action is DISMISSED with prejudice, costs taxed as paid. The Clerk of Court is DIRECTED to enter this judgment as a final judgment on the docket sheet and to close the file.

DONE and ORDERED on November 7, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE